NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERANTH, INC.,**
*Plaintiff-Appellant*

**v.**

**DOMINO'S PIZZA, LLC, DOMINO'S PIZZA, INC.,**
*Defendants-Appellees*

---

2022-1200, 2022-2223

---

Appeals from the United States District Court for the Southern District of California in No. 3:12-cv-00733-DMS-WVG, Judge Dana M. Sabraw.

---

## JUDGMENT

---

ROBERT F. RUYAK, Larson LLP, Washington, DC, argued for plaintiff-appellant. Also represented by JERROLD GANZFRIED, Ganzfried Law, Washington, DC; JOHN WILLIAM OSBORNE, Osborne Law LLC, Cortlandt Manor, NY.

FRANK A. ANGILERI, Brooks Kushman P.C., Southfield, MI, argued for defendants-appellees. Also represented by THOMAS W. CUNNINGHAM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 12, 2023      /s/ Jarrett B. Perlow
Date                    Jarrett B. Perlow
                        Clerk of Court